# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JARED JOHN FIEGE,　　　　　　　　　　　Criminal No. 21-CR-55 (MJD/LIB)

        Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: JARED JOHN FIEGE
Detained at (custodian): DOUGLAS COUNTY JAIL WISCONSIN

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Indictment
                  Charging Detainee With: Mail Fraud
  or     b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
  or     b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on March 19, 2021 at 1:30 p.m. in the courtroom of Leo I. Brisbois.

Dated: March 16, 2021                                             *s/ Lindsey Middlecamp*
                                                                     LINDSEY MIDDLECAMP, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

 March 16, 2021                                               *s/ David T. Schultz*
Date                                                             UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | 31150 | DOB: | xx/xx/1987 |
| Facility Address: | 1310 North 14th Street | Race: | Caucasian |
| | Superior, WI 54880 | FBI #: | |
| Facility Phone: | 715-395-1508 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                          (Signature)

Writ issued 3/16/2021