AO 442 (Rev. 11/11) Arrest Warrant

F#11248963

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
MAR 26 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America
v.
Jared John Fiege

Defendant

)
)
)  Case No.  CR 21-55 MJD/LIB
)
)
)
)

RECEIVED
US MARSHALS
SAINT PAUL, MN
2021 MAR 12 AM 8:49

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jared John Fiege                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Counts 1-5: Mail Fraud, 18:1341; Counts 6-9: Wire Fraud, 18:1343; Counts 10-11: Bank Fraud, 18:1344; Counts 12-15: Aggravated Identity Theft, 18:1028A(a)(1); Count 16 : Felon in Possession of a Firearm, 18:922(g)(1) and 924(a)(2).

Date: 03/11/2021                                    _____/s/ Fogarty_____
                                                      *Issuing officer's signature*

City and state:   St. Paul, MN                        Kate M. Fogarty, Clerk of Court
                                                      *Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

ARRESTED ON 3/19/2021
ARRESTED BY USPIS-WHCAP ~~USMS-WHC~~
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
MAR 29 2021
U.S. DISTRICT COURT ST. PAUL