# RIVERS LAW FIRM, P.A.
701 BUILDING SUITE 300
701 FOURTH AVENUE SOUTH
MINNEAPOLIS, MN 55415

ATTORNEY:
BRUCE RIVERS
EMAIL: BRUCE@RIVERSLAWYERS.COM
PARALEGAL:
KELLY WILSON
EMAIL: KWILSON@RIVERSLAWYERS.COM

LAW OFFICES
TELEPHONE 612.339.3939
FACSIMILE 612.332.4003
WWW.RIVERSLAWYERS.COM

September 14, 2021

The Honorable Michael J. Davis
Senior U.S. District Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

RE: *United States of America vs. Jared John Fiege*
**Docket No.: 21-CR-55-001 (MJD)**

Dear Judge Davis:

Please be advised that I have one objection to the Pre-Sentence Investigation Report with respect to the above-mentioned matter. Paragraph 19 of the report is regarding an individual who works for the Duluth Fire Department. He states Mr. Fiege did what he did out of spite. While Mr. Fiege did interview with the Fire Department, he did not know him. There are no other objections to the PSI.

Please feel free to contact me with any questions or concerns.

Respectfully,

Bruce Rivers

BMR:kep