UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 21-55 (MJD)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ORDER

JARED JOHN FIEGE,

      Defendant.

This matter is before the Court on a motion for an extension of the deadline for filing sentencing position papers. Sentencing in this matter is scheduled for May 24, 2022 at 1:00 PM.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The motion for an extension of the deadline to submit sentencing position papers is **GRANTED;**

2. The parties' position pleadings must be filed no later than May 16, 2022.

**SO ORDERED,** this 9th day of May, 2022.

                                                          s/Michael J. Davis
                                                          The Honorable Michael J. Davis
                                                          UNITED STATES DISTRICT COURT