UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------     Case No.: 21-cr-55 (MJD)

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.     **DEFENDANT'S MOTION TO EXTEND TIME TO FILE SENTENCING POSITIONS**

JARED JOHN FIEGE,

        DEFENDANT.

---------------------------------

Defendant through his undersigned counsel, moves this Honorable Court for a revised deadline for Defendants sentencing position papers to be due May 20, 2022. Counsel spoke to Ms. Lindsey E. Middlecamp, AUSA and she indicated that she does not object to this request. Please advise.

        Respectfully submitted,

        RIVERS LAW FIRM, P.A..

Dated: <u>May 16, 2022</u>     By: <u>s/ Bruce Rivers</u>
        Bruce Rivers
        Attorney I.D. No. 282698
        Attorneys for Defendant
        701 Fourth Avenue South, Suite 300
        Minneapolis, Minnesota 55415
        Telephone: (612) 339-3939