UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------                        Case No.: 21-CR-55 (MJD)

UNITED STATES OF AMERICA,

        PLAINTIFF,

 vs.                                                                                                    **ORDER**

JARED JOHN FIEGE,

        DEFENDANT.

---------------------------------

## ORDER

Based upon the files, records, and proceedings herein:

**IT IS HEREBY ORDERED** that the Defendant's Motion for Extension of Time to file Defendant's sentencing position papers [46] is GRANTED. Defendant's sentencing position papers are now due May 20, 2022.


Date:   May 17, 2022                                          By: s/Michael J. Davis
                                                                               The Honorable Michael J. Davis
                                                                               United States District Court