UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------   Case No.: 21-cr-55 (MJD)

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.   **DEFENDANT'S MOTION TO EXTEND TIME TO FILE SENTENCING POSITIONS**

JARED JOHN FIEGE,

        DEFENDANT.

---------------------------------

    Defendant through his undersigned counsel, moves this Honorable Court for an extension of time with respect to Defendant's Sentencing Position until Friday, June 3, or two business days prior to the rescheduled sentencing date, whichever is earlier. Counsel needs additional time to meet with the Defendant.

    Counsel spoke to Ms. Lindsey E. Middlecamp, AUSA and she indicated that she does not object to this request. Please advise.

        Respectfully submitted,

        RIVERS LAW FIRM, P.A..

Dated: _May 20, 2022_     By: _s/ Bruce Rivers_
        Bruce Rivers
        Attorney I.D. No. 282698
        Attorneys for Defendant
        701 Fourth Avenue South, Suite 300
        Minneapolis, Minnesota 55415
        Telephone: (612) 339-3939

CASE 0:21-cr-00055-MJD-LIB   Doc. 56   Filed 05/20/22   Page 2 of 2