

# UNITED STATES

## v.

# Jared John Fiege

# 2020 Offense Conduct: On Paper

- Over 30 individual victims of identity theft, mail theft, program related fraud

- 10 unemployment insurance applications to MN DEED

- 35 different applications to SBA spoofing fake entities

- Over $250,000 in benefits approved

- $170,000 of cash and a stolen gun in a safe

- $42,000 in cash advances on a single Bank of America card

# **2020 Offense Conduct: Behind the Scenes**

- Used real addresses in rural areas and followed a postal truck along its route to intercept mail

- Photoshopped passports and driver's licenses and tax documentation to corroborate applications

- Set up fake email addresses for each victim, fake bank accounts

- Had burner phones for the different identities, which he used for indignant calls to berate banks that slowed the flow of money

- Got caught because of the obsessive trips to the ATM night after night



**SCHEDULE C**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

► Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
► Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **09**

Name of proprietor

Social security number (SSN)

| A | Principal business or profession, including product or service (see instructions) | **B** Enter code from instructions |
|---|---|---|
| | Construction Consulting Services | |

C   Business name. If no separate business name, leave blank.

E   Business address (including suite or room no.) ► 4961 Independence Road
    City, town or post office, state, and ZIP code      Saginaw, MN 55779

| F | Accounting method:   (1) ☑ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ► | | |
|---|---|---|---|
| G | Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses | ☐ Yes | ☑ No |
| H | If you started or acquired this business during 2019, check here . . . . . . . . . . . . . . . . ► | ☑ | |
| I | Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) . . . . . . . | ☐ Yes | ☑ No |
| J | If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |

**Part I   Income**

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . ► ☐ | 1 | 81149 |
|---|---|---|---|
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 81149 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 50479 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . | 5 | 30670 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | 0 |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . ► | 7 | 30670 |

**Part II   Expenses.** Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising . . . . . | 8 | 2000 | 18 | Office expense (see instructions) | 18 | 1000 |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) . . . . . | 9 | 0 | 19 | Pension and profit-sharing plans . | 19 | 0 |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . | 10 | 0 | a | Vehicles, machinery, and equipment | 20a | 0 |
| 11 | Contract labor (see instructions) | 11 | 0 | b | Other business property . . . | 20b | 0 |
| 12 | Depletion . . . . . . | 12 | 0 | 21 | Repairs and maintenance . . . | 21 | 2000 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . | 13 | 0 | 22 | Supplies (not included in Part III) . | 22 | 0 |
| | | | | 23 | Taxes and licenses . . . . . | 23 | 0 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | 0 | a | Travel . . . . . . . . . . | 24a | 0 |
| | | | | b | Deductible meals (see | | |
| 15 | Insurance (other than health) | 15 | 0 | | instructions) . . . . . . . | 24b | 0 |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . . | 25 | 0 |
| a | Mortgage (paid to banks, etc.) | 16a | 0 | 26 | Wages (less employment credits) . | 26 | 0 |
| b | Other . . . . . . . | 16b | 0 | 27a | Other expenses (from line 48) . | 27a | 0 |
| 17 | Legal and professional services | 17 | 100 | b | Reserved for future use . . . | 27b | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . ► | 28 | 5100 |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . | 29 | 25570 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ 0 and (b) the part of your home used for business: _____ 0 . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . | 30 | 25570 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | 31 | 25570 |
| | • If a loss, you **must** go to line 32. | | |

4



**Human Resources Department**
411 West 1st Street
Duluth, MN 55802
(218) 730-5210

June 12, 2020

Dear Minnesota Unemployment:

I am writing this letter to you on behalf of one of our employees with the City of Duluth that
filed for unemployment and I mistakenly reported he was still working when he is in fact not
working and is laid off due to the Covid-19 situation. The employee information is:

D.O.B.

Social Security Number:

Last Day worked: 5/1/2020

was laid off and filed for unemployment but our system was not updated when I filed
the cites response denying him unemployment. He called and was told to have me send this
information in as I was the one who is responsible for the response and entered the information.
I apologize for the confusion. I tried calling and your employer number is down, and our system
won't let me change anything.          s hours went from 56 a week to 0 until further notice
starting 5/1/20. Any questions let me know, I have included my cell phone number as I am
working remotely from home and that is the easiest way to get ahold of me.

Sincerely,

# <u>2020 Offense Conduct: Short Term Thrills</u>

- Diverting direct deposit

- Filing divorce and custody papers in one victim's identity
  against another victim and putting a "mail hold" in place

# **Understanding 2020 Conduct within Context**

- Escalating pattern of theft, fraud, stalking, and obsessive misconduct including similar techniques

- Practicing techniques with fake email addresses, burner phones or numbers, spoofed identities

2010

2020



8

# **2010**

- Gets a job with an ambulance service

- Uses that employment to steals ambulance equipment and sells the equipment on ebay for personal gain

- Gets caught and pleads guilty, gets 5 years of probation

# **2011**

- S.T., an emergency responder, breaks up with Fiege after several months of dating. She ultimately gets a restraining order.

- Fiege stalks her, sends hundreds of messages, including messages from his roommate's Facebook account purporting to be the roommate encouraging them to get back together

- Ultimately breaks into her parent's home, steals a spare key to her car, then waits for her in the backseat of her car late at night to demand they get back together

- She recalls of 2011 that Jared's "**escalating obsessive and angry behaviors made me feel terrified…**"

# 2012-2013

- Fiege works for Northstar Ford, but is terminated for "inappropriate behavior with customers and coworkers."

- Later poses as an employee and buys tires for himself billing to their account. He is criminally charged and convicted.

# 2014

- Fiege is employed with Cloquet Service Center for less than 90 days and terminated due to suspected theft.

- Again, he poses as an employee and orders tires for himself to re-sell, billed to their account. He is criminally charged and convicted.

# 2015 - 2016

- Fiege's relationship with J.A. ends.

- J.A. files multiple restraining order petitions in 2015 and 2016; in return, Fiege files restraining orders against J.A., her sister, and her dad

- J.A. describes in her restraining order action:
    - Multiple instances of breaking and entering at several different addresses and car vandalism
    - Multiple instances of theft, including stealing a gun, stealing mail,
    - Tampering with J.A.'s security camera she installed to catch him, following her to work, and accessing her online bank accounts
    - **"I am afraid to leave my house or place of work for fear of him following and harassing me."**

# **2016**

- Employed by Bullyvan RV, but was terminated.

- While employed there, Fiege created six different false insurance claims totaling more than $11,000 and had the funds sent to a bank account he controlled.

- Charged and pled guilty to Theft by Swindle

# **2017**

- Fraud, stalking, and harassment against S.A.

- Creates a false email address and alias "Tyler" to coerce and manipulate S.A., a nurse, into accompanying Fiege to out of state concerts and events under the guise of employment

- Repeatedly pressures S.A. as "Tyler" to drink with Fiege, to try becoming physical with Fiege, to give Fiege "what he wants"

- Accesses her phone to steal intimate photos of S.A.

- Makes a false police report against S.A., breaks into her secured parking area to slash her tires, and attempts to open credit cards with eight different companies in her name when she flees Cleveland in terror

# **2018**

- Briefly gets employed with both Detroit and Minneapolis Fire Department by providing false birthdate or false SSN to avoid background checks

- Photoshopped false certificate of his training to bolster his application

- Meanwhile, sends his probation officer a photoshopped letter of employment from US Steel to try to throw probation off the scent of his ongoing misconduct

15





United States Steel Corporation
600 Grant Street
Pittsburgh, PA 15219-2800

**David B. Burritt**
Chief Executive Officer

Friday April 13, 2018
To Whom It May Concern:

This letter is to confirm the employment of Jared Fiege ▮▮▮▮▮▮▮ with United States Steel Corporation. Jared's official start date with our company was April 6, 2018. He will be working in a consulting and instructor role with the company in the Emergency Services Division. The position for which he will be performing duties will be done at our Minntac location in Mt. Iron, MN, Keetac in Keewatin, MN, and also online as well to be able to reach out of state locations in the region to which he is assigned. This position has security clearances for the Emergency Services Division and any online or "off-site" work must be done at an approved location by United States Steel and must provide a suitable work environment with no interruptions during work hours or that privilege will be revoked.

**Aspen Mills Uniforms**

| | |
|---|---|
| **From:** | Jared Fiege < |
| **Sent:** | Friday, July 24, 2020 7:11 PM |
| **To:** | Aspen Mills Uniforms |
| **Subject:** | Re: badge number |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

My current one is 159 I got a family members old number. Do you know how long it'll take to come in?

Sent from my iPhone /r/

On Jul 23, 2020, at 13:41, Aspen Mills Uniforms

Jared,
Please forward your badge number.

Please call or email me with any questions.
Thank you!

Aspen Mills Uniforms -



# 2018 - 2019

- Starts to further hone spoofed phone numbers and use of other identities

- Stalking, harassment, and criminal conduct as against E.D.
- Repeated instances of theft, alleged breaking and entering, car vandalism, cutting brakelines

- Significant activity involving spoofed or burner phone numbers: death threats sent to himself meant to appear to be from E.D., and messages to E.D. from unknown numbers

- In late 2019, FBI became involved because a death threat was sent by a phone number believed to be one that Fiege set up using E.D.'s information so that she would look responsible for the death threat

# **2020**

- SBA and MN DEED Program Fraud.

- Additional identity theft and mail theft not targeting benefits programs (cash advances on credit card, stolen checks)

- Extensive stalking and harassment of AJ and her spouse CJ, again including physical theft and vandalism, as well as false court filings, mail holds, and identity theft in the program fraud

- Possession of stolen gun

# <u>2021 : Pleads Guilty</u>

- Agrees to make restitution to all victims of his identity theft

- Accepts responsibility

- However:

    - Lies to best friend that his plea is part of a "creative" solution with the feds
    - Repeatedly denies that his dad is a victim in our federal case, and says he had nothing to do with his dad's credit card debt or unemployment insurance issues
    - Discourages dad from reaching out to US Attorney's Office because it might "mess up" his case
    - Recommends dad call Cloquet PD instead because someone there was charged with similar crime