# United States District Court

### for the

### DISTRICT OF MINNESOTA

### United States v. Jared John Fiege

### <u>Docket No. 0864 0</u>:21CR00055-001(MJD)

### Petition on Supervised Release

COMES NOW **Corey S. Grandner**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jared John Fiege** who was sentenced for Wire Fraud and Aggravated Identity Theft on July 27, 2022, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Psychological/psychiatric treatment
- Execute Releases of Information
- No contact with victim(s)
- No gambling
- Financial disclosure
- No new credit
- Restrict access to personal identifiers
- Computer restrictions
- Submit to polygraphs
- Submit to searches

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>MANDATORY CONDITION #1</u>: You shall not commit another federal, state, or local crime.

<u>STANDARD CONDITION #4</u>: You must answer truthfully the questions asked by your probation officer.

<u>SPECIAL CONDITION (i)</u>: The defendant shall be prohibited from possessing or having access to sensitive personal identifiers, including, but not limited to, credit card information; social security numbers; or business or personal account information or routing numbers, without prior approval from the probation officer.

<u>SPECIAL CONDITION (j)</u>: The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office. The defendant's cooperation shall include, but not be limited to, allowing installation of a computer and Internet monitoring program and/or identifying computer systems, Internet-capable devices, and similar memory and electronic devices to which the defendant has access. Monitoring may include

random examinations of computer systems along with Internet, electronic, and media storage devices under the defendant's control. The computer system or devices may be removed for a more thorough examination, if necessary. The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the U.S. Probation and Pretrial Services Office.

On April 1, 2026, Fiege was cited in Hennepin County, Minnesota, for a traffic offense: Wireless Communications Device-Hold Wireless Communication in One or Both Hands. Evidence from law enforcement showed a photo of Fiege in possession of an unapproved internet capable device.

On April 2, 2026, Fiege reported his contact with law enforcement to this officer. He stated he did not have any unapproved device while driving, rather he was in possession of a Garmin global positioning system (GPS).

On April 7, 2026, U.S. Probation conducted an unannounced home contact and a search of Fiege's person, residence, and two vehicles under his control. The search yielded two unapproved internet-capable devices. Fiege admitted one device was the one seen by law enforcement's traffic camera, and that he had possessed both devices since the beginning of supervision.

A software-based search of Fiege's smart devices conducted on April 7, 2026, revealed potential evidence of new crimes. Fiege solicited or attempted to solicit services from sex workers numerous times from at least November 29, 2025, through April 4, 2026.

Examination of Fiege's devices also revealed photos of other individuals' personal information, including social security numbers, insurance information, and credit card information. The photos were taken on multiple dates.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

[The rationale for a warrant is contained in Section 5 of the violation report.]

ORDER OF THE COURT

Considered and ordered this   7th   day of  April 2026 , and ordered filed and made a part of the records in the above case.

 s/Michael J. Davis
Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Corey Grandner
Corey S. Grandner
U.S. Probation Officer
Telephone: 612-664-5415

Executed on    April 7, 2026
Place        Minneapolis

Approved:

*Heather Otepka*
Heather Otepka
Supervisory U.S. Probation Officer