# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America,

*Plaintiff,*

v.

Case No. 0:21−cr−00055−MJD−LIB(Dft 1)

Jared John Fiege,

*Defendant.*

## ARREST WARRANT

To:   Any authorized law enforcement officer

   *YOU ARE COMMANDED* to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jared John Fiege ,

who is accused of an offense or violation based on the following document filed with the court:   ( ) Order of Court
( ) Indictment   ( ) Superseding Indictment   ( ) Information     ( ) Superseding Information     ( ) Complaint
( ) Probation Violation Petition     ( X ) Supervised Release Violation Petition     ( ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Supervised Release

Date:          April 8, 2026

Kate M. Fogarty, Clerk of Court

City and state:   Minneapolis, MN

*Printed name and title*

| ***Return*** | |
| --- | --- |
| This warrant was received on *(date)* —————— , and the person was arrested on *(date)* —————— at *(city and state)* ————————————— . | |
| Date:   ————————  | |
| | *Arresting officer's signature* |
| | *Printed name and title* |

*This second page contains personal identifiers provided for law−enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.*

*(Not for Public Disclosure)*

Name of defendant/offender:  Jared John Fiege

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may stll have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scar, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: