# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### 21-cr-55 (MJD/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| Jared John Fiege, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the

District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that

Catherine L. Turner shall appear as counsel of record for Jared Fiege, the Defendant in this case.

Respectfully submitted,

May 1, 2026

*/s/Catherine Turner*
Catherine L. Turner
MN Attorney ID #0349057
331 Second Avenue South
Suite 705
Minneapolis, MN 55401
Tel: (612) 361-4895
Fax: (866) 663-4338
E-mail: ct@feddefense.com