**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REVOCATION

|  |  |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Jared John Fiege,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COURT MINUTES - CRIMINAL**
BEFORE: JON T. HUSEBY
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 21-cr-55 (MJD/LIB) |
| Date: | May 4, 2026 |
| Video Conference: | |
| Time Commenced: | 3:00 p.m. |
| Time Concluded: | 3:16 p.m. |
| Time in Court: | 16 Minutes |

APPEARANCES:

| | |
|---|---|
| Plaintiff: | Grayson Feist, Assistant U.S. Attorney |
| Defendant: | Ambroise Decilap, Assistant Federal Defender |
| | _X_ FPD       _X_ To be appointed |

Date Charges Filed: May 29, 2025         Offense: Committed another federal, state, or local crime; did not answer truthfully the questions from probation; accessed sensitive personal identifiers without probation approval; accessed a computer/on line service without probation approval.

      _X_ Advised of Rights

on     Violation of    _X_ Supervised Release

_X_ Government moves for a detention hearing.      _X_ Granted.
_X_ The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Thursday May 7, 2026, at 11:00 A.M. before U.S. Magistrate Judge Shannon G. Elkins in courtroom 9E (MPLS) for:
  _X_ Detention hrg      _X_ Preliminary Revocation

and

Next appearance date is TBD before U.S. District Judge Michael J. Davis in courtroom 13E (MPLS) for:
  _X_ Final Revocation

Additional Information:
_X_ Oral Rule5(f) Brady notice read on the record
_X_ Defendant consents to this hearing via video conference.

                                                      s/gep
                                         Signature of Courtroom Deputy