UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                          Case No: 21-cr-55 (MJD/LIB)

                    Plaintiff,

v.

                                                   ORDER OF PRELIMINARY
                                                   DETENTION PENDING HEARING
                                                   PURSUANT TO BAIL REFORM ACT

Jared John Fiege,

                    Defendant.

_____

     Upon motion of the United States it is ORDERED that a detention/preliminary

revocation hearing is set for May 7, 2026 at 11:00 a.m. before Magistrate Judge Shannon G.

Elkins, 9E, Diana E. Murphy Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

Pending this hearing, the Defendant shall be held in custody by the United States Marshal and

produced for the hearing.


Dated: May 4, 2026                              _____*s/Jon T. Huseby*_____
                                                Jon T. Huseby
                                                U.S. Magistrate Judge


If not held immediately upon defendant's first appearance, the hearing may be continued for up
to three days upon motion of the Government, or up to five days upon motion of the defendant.
18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the
Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for
the Government or upon the judicial officer's own motion if there is a serious risk that the
defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or
intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.